IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JENNIFER WALLACE                                                PLAINTIFF

VS.                                               CAUSE NO: 3:23-cv-367-KHJ-MTP

LANCE HENRY                                             DEFENDANT

**NOTICE OF REMOVAL**

COMES NOW, Defendant, Lance Henry, and respectfully files this Notice of Removal to the United States District Court for the Southern District of Mississippi, Northern Division, as follows:

I.

This civil action was originally filed in the Circuit Court of Hinds County, Mississippi on April 18, 2023 under cause number 22-213. A copy of the Complaint commencing this cause is attached to this Notice as Exhibit A.

II.

Pursuant to 28 U.S.C. § 1446(b), Defendant Lance Henry files this Notice of Removal within 30 days of service of the Complaint upon it. This case is removed less than one year after commencement of the State Court action, in compliance with 28 U.S.C. § 1446(c).

PARTIES

III.

Upon information and belief, Plaintiff Jennifer Wallace is an adult resident citizen of Hinds County, Mississippi. Ex. A at ¶1. Thus, for purposes of diversity jurisdiction, Plaintiff is a citizen of Mississippi.

IV.

Defendant Lance Henry is now and has at all relevant times been a citizen of Georgia. Ex. A at ¶2; Affidavit of Service, Ex. B.

## DIVERSITY OF CITIZENSHIP

V.

This Court has subject matter jurisdiction over this controversy pursuant to 28 U.S.C. § 1332. The first prong of the jurisdictional statute is met as there is complete diversity of citizenship between Plaintiff, whose citizenship for diversity purposes is Mississippi, and Lance Henry, whose citizenship for diversity purposes is Georgia.

## AMOUNT IN CONTROVERSY

VI.

The second prong of 28 U.S.C. § 1332 is also met as the amount in controversy exceeds $75,000, exclusive of interest and costs. In support, Lance Henry would show that Plaintiff's Complaint includes claims for punitive damages. Ex A. at ¶15e. The Plaintiff demands unspecified actual and compensatory damages. *Id.* at *ad damnum* clause.

VII.

Given the nature and extent of the allegations made against Lance Henry, it is clear Plaintiff's claims for unspecified damages exceed the $75,000 jurisdictional limit of this Court. In fact, pursuant to relevant precedent, Plaintiff's claim for unspecified punitive damages is independently sufficient to meet the $75,000 jurisdictional limit of this Court. *See* Brasell v. Unumprovident Corp., 2:01CV202-D-B, 2001 WL 1530342, at *2 (N.D. Miss. Oct. 25, 2001) (citing St. Paul Reinsurance Co., Ltd. v. Greenberg, 134 F.3d 1250, 1255 (5th Cir. 1998); Myers

v. Guardian Life Ins. Co. of America, Inc., 5 F. Supp. 2d 423, 428-429 (N.D. Miss. 1998); Marcel v. Poole Co., 5 F.3d 81, 84-85 (5th Cir. 1993); Allstate Ins. Co. v. Hilben, 692 F. Supp. 698, 701 (S.D. Miss. 1988)); *see also* Montgomery v. First Family Fin. Serv. Inc., 239 F. Supp.2d 600, 605 (S.D. Miss. 2002); Cartwright v. State Farm Mut. Auto. Ins. Co., 2014 WL 6959045.

## CONCLUSION

### VIII.

This action is now removable pursuant to 28 U.S.C. §1441(a) and §1446(b), as amended, and written notice of the filing of this Notice of Removal and copies of all process, pleadings, and orders will be served upon Plaintiff's counsel as required. Furthermore, pursuant to the requirements of 28 U.S.C. § 1446(d), a Notice of Filing, attaching a copy of this Notice as an exhibit thereto, will be filed with the Circuit Clerk of Hinds County, Mississippi.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully submits this Notice of Removal from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. Defendant further requests any additional relief to which it may be entitled.

DATED: June 7, 2023.

Respectfully submitted,

LANCE HENRY

BY: _____
GOODLOE T. LEWIS, MSB #9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000
glewis@hickmanlaw.com

## CERTIFICATE OF SERVICE

I, GOODLOE T. LEWIS, of Hickman, Goza & Spragins, PLLC, Attorneys at Law, Oxford, Mississippi, do hereby certify that I have this date mailed by United States Mail, postage prepaid, and/or electronically submitted via email, a true and correct copy of the above and foregoing to:

Alton E. Peterson, Esq.
The Peterson Law Group, PLLC
269 East Pearl St.
Jackson, MS 39201
apeterson@thepetersonlawgrouppllc.com

THIS, the 7 day of June, 2023.

_____
GOODLOE T. LEWIS